429 A.2d 98

Holmes v. Holmes, Appellant.

Argued April 15, 1980.

Louis R. Salamon, for appellant; David G. Joyce, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Decree in divorce affirmed.

429 A.2d 98

In the Interest of Taylor.

Appeal of Robert Lee Taylor.

Petition for Allowance of Appeal Denied May 29, 1981.

Argued December 4, 1979. Larry A. Kalikow, Assistant Public Defender, for appellant; Marion E. MacIntyre, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Order affirmed.